No. 14,159.

STATE OF LOUISIANA VS. GASS YOUNG.

SYLLABUS.

Where, in a criminal case, the transcript of appeal contains no bill of exceptions,
motion in arrest, or assignment of error, and discloses no defect, patent upon
the face of the record, in the proceedings leading to the conviction and sen-
tence of the appellant, the judgment appealed from will be affirmed.

APPEAL from the Second Judicial District, Parish of Bossier.—
*Watkins, J.*

*Walter Guion,* Attorney General, and *Thomas T.* Land, District
Attorney (*Lewis Guion,* of Counsel), for Plaintiff, Appellee.

*Joannes Smith,* for Defendant, Appellant.

The opinion of the court was delivered by
MONROE, J.   This case comes before this court upon an appeal, taken
on behalf of the defendant, from a conviction of murder and sentence
of death.   The transcript contains no bill of exceptions, motion in
arrest, or assignment of error, and discloses no defect, patent upon the
face of the record, in the proceedings leading up to the conviction and
sentence of the appellant.   The established rule applicable in such case
is, that the judgment appealed from should be affirmed.   State vs
Powers, 52 Ann. 1254; State vs. Darrow, 39 Ann. 677; State vs. Wire,
38 Ann. 684; State vs. Williams, 37 Ann. 311; State vs. Potter &
Muller, 33 Ann. 795.

Judgment affirmed.